1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  SARA WINSLOW (DC Bar No. 457643)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6925
6  Facsimile:  (415) 436-6748
7  E-mail:     sara.winslow@usdoj.gov
   Attorneys for the UNITED STATES OF AMERICA

**FILED**

NOV 8  2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ) <br> JOSEPH KRZESNI, ) <br> ) <br> and ) <br> ) <br> STATE OF CALIFORNIA ex rel., JOSEPH ) <br> KRZESNI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STARS BEHAVIORAL HEALTH GROUP,) <br> INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C-03-5741 MJJ <br><br> **STIPULATION OF DISMISSAL;** <br> [PROPOSED] ORDER |

Subject to the Court's approval, the Parties HEREBY STIPULATE that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1) and the terms of the settlement agreement effective October 9, 2007, which was executed by the United States, the State of California, Relator Joseph Krzesni (collectively, Plaintiffs), and all named Defendants, Plaintiffs hereby dismiss this action with prejudice.

DISMISSAL STIPULATION
C-03-5741 MJJ                                                                                          PAGE 1

2. No answer or other responsive pleading has been filed in this action. The parties are filing this dismissal to comply with the terms of their October 9, 2007 settlement agreement.

3. Pursuant to Paragraph 14 of the October 9, 2007 settlement agreement, the parties have not settled any claims that Krzesni may have against Defendants for attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d)(1). In addition, pursuant to Paragraph 25 of the October 9, 2007 settlement agreement, the parties have agreed that the exclusive jurisdiction and venue for any dispute arising between and among the parties under the settlement agreement shall be this Court.

4. Relator and Defendants agree to extend the deadline under Rule 54(d)(2) of the Federal Rules of Civil Procedure by which Relator must file his motion for attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d)(1) to ninety (90) days after the date the Court signs the attached order.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DATED: 11/1, 2007      By: _____
SARA WINSLOW
Assistant United States Attorney
Attorneys for the United States of America

EDMUND G. BROWN JR.
Attorney General for the State of California

DATED: 10/30, 2007    By: _____
BRIAN V. FRANKEL
Supervising Deputy Attorney General
Civil Prosecutions Unit
Bureau of Medi-Cal Fraud and Elder Abuse
Office of the Attorney General
Attorneys for the State of California

|   |   |
|---|---|
| DATED: Nov. 1, 2007   By: | PHILLIPS & COHEN LLP<br><br>_/s/ Mary G. Inman_<br>MARY INMAN<br>Attorneys for Qui Tam Plaintiff/Relator<br>Joseph Krzesni |
| DATED: _____, 2007_____ By: | HOOPER LUNDY & BOOKMAN, INC.<br><br>_____<br>PATRIC HOOPER<br>LINDA R. KOLLAR<br>Counsel for Defendants |

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice, pursuant to the terms of the October 9, 2007 settlement agreement among the parties.

2. The Court retains jurisdiction over disputes between and among the parties under the October 9, 2007 settlement agreement, including but not limited to any claims that Relator Krzesni may have against Defendants for attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d)(1).

3. Relator Krzesni shall have ~~sixty~~ _ninety_ (90) days from the date this Order is signed in which to file his motion for attorneys' fees, costs, and expenses pursuant to 31 U.S.C. § 3730(d)(1).

IT IS SO ORDERED.

DATED: 11/6/2007

_____
HON. MARTIN J. JENKINS
United States District Court Judge

PHILLIPS & COHEN LLP

DATED: _____, 2007    By: _____
MARY INMAN
Attorneys for Qui Tam Plaintiff/Relator
Joseph Krzesni

HOOPER LUNDY & BOOKMAN, INC.

DATED: Nov 1, 2007    By: /s/ Linda R. Kollar
PATRIC HOOPER
LINDA R. KOLLAR
Counsel for Defendants

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice, pursuant to the terms of the October 9, 2007 settlement agreement among the parties.

2. The Court retains jurisdiction over disputes between and among the parties under the October 9, 2007 settlement agreement, including but not limited to any claims that Relator Krzesni may have against Defendants for attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d)(1).

3. Relator Krzesni shall have ~~sixty~~ ninety (90) days from the date this Order is signed in which to file his motion for attorneys' fees, costs, and expenses pursuant to 31 U.S.C. § 3730(d)(1).

IT IS SO ORDERED.

DATED: 11/6/2007    _____
HON. MARTIN J. JENKINS
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

USA., ex rel. Joseph Krzesni and State of California ex rel. Joseph Krzesni v. Stars Behavioral Health Group, Inc., et al
C 035741 MJJ  (UNDER SEAL)

to be served this date upon each of the persons indicated below at the address shown:

Mary Inman
Phillips & Cohen LLP
131 Steuart St., Suite 501
San Francisco, CA 94105

Hooper, Lundy & Bookman, Inc.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067-1600

Brian V. Frankel, Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Department of Justice
110 West "A" Street, Ste. 1100
San Diego, CA 92101

√  **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

___  **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

___  **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

___  **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 2, 2007 at San Francisco, California.

_____
KATHY TERRY
Legal Assistant