FILED

FEB 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARY A. INMAN (State Bar No. 176059)
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, California 94105
Tel: (415) 836-9000
Fax: (415) 836-9001
Email: mai@pcsf.com

Attorneys for *Qui Tam* Plaintiff Joseph Krzesni

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSEPH KRZESNI,<br><br>and<br><br>STATE OF CALIFORNIA *ex rel.* JOSEPH KRZESNI,<br><br>Plaintiffs,<br><br>vs.<br><br>STARS BEHAVIORAL HEALTH GROUP, INC., a California Corporation; STARVIEW ADOLESCENT CENTER, INC., a California Corporation; STARS ADOLESCENT CENTER, INC., a California Corporation; STARLIGHT ADOLESCENT CENTER, INC., a California Corporation; VALLEY STAR, INC., a California Corporation; OASIS REHABILITATION CENTER, INC., a California Corporation; MARY JANE GROSS, an individual; PETER ZUCKER, an individual; KENT DUNLAP, an individual. and DOES 1-100, inclusive.<br><br>Defendants. | Case No. C-03-5741 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(d) |

Pursuant to Federal Rule of Civil Procedure 54(d), Qui Tam Plaintiff Joseph Krzesni ("Krzesni") and Defendants Stars Behavioral Health Group, Inc., Starview Adolescent Center, Inc., Stars Adolescent Center, Inc., Starlight Adolescent Center, Inc., Valley Star, Inc., Oasis Rehabilitation Center, Inc., Mary Jane Gross, Peter Zucker and Kent Dunlap (collectively "the Parties") hereby stipulate that the time in which Krzesni may file any motion seeking attorney's fees or costs in connection with the above action shall be extended an additional thirty (30) days from the current deadline of February 4, 2008 to and including March 5, 2008.

Krzesni's claims pursuant to 31 U.S.C. § 3730(d) for reasonable expenses, attorney's fees and costs incurred by its counsel have not yet been resolved and are the subject of ongoing settlement negotiations. The Parties need an additional thirty (30) days to continue those settlement efforts.

Respectfully submitted,

Dated: 2/1/08

By: _____
MARY A. INMAN
Phillips & Cohen LLP, Counsel For
Qui Tam Plaintiff Joseph Krzesni

Dated: 2/1/08

By: _____
LINDA R. KOLLAR
Hooper, Lundy & Bookman, Inc.
Counsel For Defendants

- 2 -
STIPULATION & [PROPOSED] ORDER PURSUANT TO F.R.C.P. 54(d)

# [~~PROPOSED~~] ORDER

Having considered the Parties' stipulation, IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 54(d), the time in which <u>Qui Tam</u> Plaintiff Joseph Krzesni must file any motion seeking attorney's fees or costs in connection with the above action shall be extended to and including March 5, 2008.

IT IS SO ORDERED.

Dated: 2/12/08

*Martin J. Jenkins*
HON. MARTIN J. JENKINS
United States District Court