1 | MARY A. INMAN (State Bar No. 176059)
PHILLIPS & COHEN LLP
2 | 131 Steuart Street, Suite 501
San Francisco, California 94105
3 | Tel: (415) 836-9000
Fax: (415) 836-9001
4 | Email: mai@pcsf.com

5
Attorneys for *Qui Tam* Plaintiff Joseph Krzesni
6

7

FILED

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

8
FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA *ex rel.* JOSEPH KRZESNI,

11 |        and

12 | STATE OF CALIFORNIA *ex rel.* JOSEPH KRZESNI,

13
             Plaintiffs,

14
        vs.

15
STARS BEHAVIORAL HEALTH
16 | GROUP, INC., a California
Corporation; STARVIEW
17 | ADOLESCENT CENTER, INC., a
California Corporation; STARS
18 | ADOLESCENT CENTER, INC., a
California Corporation; STARLIGHT
19 | ADOLESCENT CENTER, INC., a
California Corporation; VALLEY
20 | STAR, INC., a California Corporation;
OASIS REHABILITATION CENTER,
21 | INC., a California Corporation; MARY
JANE GROSS, an individual; PETER
22 | ZUCKER, an individual; KENT
DUNLAP, an individual. and DOES 1-
23 | 100, inclusive.

24 |         Defendants.

25

26

27

28

Case No. C-03-5741 MJJ

STIPULATION AND [PROPOSED]
ORDER PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 54(d)

- 1 -
STIPULATION & [PROPOSED] ORDER PURSUANT TO F.R.C.P.
54(d)

1      Qui Tam Plaintiff Joseph Krzesni ("Krzesni") hereby requests that the time
2  in which Krzesni may file any motion seeking attorney's fees or costs in connection
3  with the above action shall be extended an additional thirty (30) days from the
4  current deadline of March 5, 2008 to and including April 4, 2008. The request for
5  an additional thirty (30) days comes solely at Krzesni's behest and is not the result
6  of any dilatory actions by any of the Stars Defendants. Pursuant to Federal Rule of
7  Civil Procedure 54(d), Krzesni and Defendants Stars Behavioral Health Group, Inc.,
8  Starview Adolescent Center, Inc., Stars Adolescent Center, Inc., Starlight
9  Adolescent Center, Inc., Valley Star, Inc., Oasis Rehabilitation Center, Inc., Mary
10  Jane Gross, Peter Zucker and Kent Dunlap (collectively "the Parties") hereby
11  stipulate to such continuance.

12      Krzesni's claims pursuant to 31 U.S.C. § 3730(d) for reasonable expenses,
13  attorney's fees and costs incurred by its counsel have not yet been resolved and are
14  the subject of ongoing settlement negotiations. At Krzesni's request, the Parties
15  seek an additional thirty (30) days to continue those settlement efforts.

16                                    Respectfully submitted,

17
18  Dated: March 3, 2008

19                                     By: _____
20                                      MARY A. INMAN
                                    Phillips & Cohen LLP, Counsel For
21                                      Qui Tam Plaintiff Joseph Krzesni

22  Dated: March 3, 2008
23
24                                     By: _____
25                                      LINDA R. KOLLAR
                                    Hooper, Lundy & Bookman, Inc.
26                                      Counsel For Defendants
27
28

# [~~PROPOSED~~] ORDER

Having considered the Parties' stipulation, IT IS HEREBY ORDERED that:

1.    Pursuant to Fed. R. Civ. P. 54(d), the time in which <u>Qui Tam</u> Plaintiff Joseph Krzesni must file any motion seeking attorney's fees or costs in connection with the above action shall be extended to and including ~~April 4, 2008.~~ April 1, 2008.

IT IS SO ORDERED.

Dated: 3/12/08

Martin J. Jerkins

HON. MARTIN J. JENKINS
United States District Court

- 3 -