1  MARY A. INMAN (SBN 176059)
   PHILLIPS & COHEN LLP
2  131 Steuart Street, Suite 501
   San Francisco, CA 94105
3  (415) 836-9000

4  Attorneys for *Qui Tam* Plaintiff
   Joseph Krzesni

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* JOSEPH KRZESNI,<br><br>Plaintiffs,<br><br>vs.<br><br>STARS BEHAVIORAL HEALTH GROUP, INC. et al.,<br><br>Defendants. | Case No. C-03-5741 MJJ<br><br>NOTICE OF MOTION AND MOTION OF *QUI TAM* PLAINTIFF JOSEPH KRZESNI FOR ATTORNEYS' FEES AND EXPENSES<br><br>Date:  To Be Announced<br>Time:  To Be Announced<br>Courtroom:  To Be Announced<br>Honorable Martin Jenkins |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please note that on a date, time and courtroom to be determined, *qui tam* plaintiff/relator Joseph Krzesni will move this Court for an order granting him reasonable attorneys' fees mandated under 31 U.S.C. § 3730(d)(1).

This motion is based upon this application, the Memorandum of Points and Authorities in support thereof, the Declarations of Mary A. Inman, Wayne T. Lamprey and Paul D. Scott, all pleadings and documents on file herein and such other and further argument as may be presented to the Court.  This motion is made following the Court's Order dismissing with prejudice the Medicare and Medicaid fraud allegations in Relator's complaint, which was entered November 8, 2007, and conferences between opposing counsel pursuant to Local Rule 54-6, which took place in January, February and March 2008.

DATED:  April 1, 2008                              Respectfully submitted,

                                                                    PHILLIPS & COHEN LLP
                                                                    Mary A. Inman


                                                                    ____/s/ Mary A. Inman_____
                                                                    Mary A. Inman
                                                                    Attorneys for *Qui Tam* Plaintiff Joseph Krzesni